# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

AVERY GARFIELD,                     )
                                    )
    Plaintiff(s)           )
                                    )
v.                                  )          Case No. 3:21-cv-00613
                                    )          Judge Campbell / Frensley
                                    )
MIDDLE TENNESSEE STATE              )
UNIVERSITY, et al.,                 )
                                    )
    Defendant(s)           )

## O R D E R

The Initial Case Management Conference set for October 7, 2021 at 9:00 a.m. will be conducted by telephone. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.


_____
JEFFERY S. FRENSLEY
United States Magistrate Judge