> **ORDER: Motion GRANTED.**
> /s/ William L. Campbell Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AVERY GARFIELD,<br><br>　　Plaintiff,<br><br>v.<br><br>MIDDLE TENNESSEE STATE UNIVERSITY and DR. JENNY SAULS,<br><br>　　Defendants. | Civil Action No. : 3:21-cv-00613<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## PLAINTIFF'S MOTION TO STRIKE DOC. NO. 131 AS REDUNDANT

COMES NOW Plaintiff Avery Garfield, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(f) and hereby moves this Court to to Strike Doc. No. 131 as being inadvertently filed and redundant as it is identical to Doc. No. 76, which was filed on September 29, 2021.

Respectfully submitted this 29th day of November, 2021.

　　　　　　　　　　　　　　　　　　　THE NEWMAN LAW FIRM

　　　　　　　　　　　By:　/s/Russell A. Newman                    
　　　　　　　　　　　　　　Russell A. Newman, BPR # 033462
　　　　　　　　　　　　　　6688 Nolensville Road
　　　　　　　　　　　　　　Suite 108-22
　　　　　　　　　　　　　　Brentwood, TN 37027
　　　　　　　　　　　　　　(615) 554-1510 (Telephone)
　　　　　　　　　　　　　　(615) 283-3529 (Facsimile)
　　　　　　　　　　　　　　E-mail:russell@thenewmanlawfirm.com
　　　　　　　　　　　　　　*Attorney for Plaintiff Avery Garfield*